# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trust, Alan S. | Bankruptcy Court | 09/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

290 Federal Plaza, 9th floor
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | April 2008 | following dissolution of Trust.Law.Firm, P.C. on April 1, 2008, I am to receive the net profits of the firm recieved thereafter based on my sole ownership |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Teaching - St Johns University School of Law | $10,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Prop Law Ass'n | 3/23/18 - 3/24/18 | NY, NY | attend bar ass'n event | reimbursement for actual out of pocket travel, provided lodging and meals |
| 2. | American Bankr Institute | 5/24/18 - 5/24/18 | NY, NY | speaker at a seminar in NY, NY | reimbursement for actual out of pocket travel |
| 3. | American Conf Inst. | 7/16/18 - 7/18/18 | Chicago, Ill. | speaker at a seminar in Chicago Ill | reimbursement for actual out of pocket travel and meals, provided lodging |
| 4. | American Conf. Inst. | 10/20/18 - 10/22/18 | Dallas, TX | speaker at a seminar in Dallas TX | reimbursement for actual out of pocket travel and meals, provided lodging |
| 5. | Central NY BK Bar Ass'ns | 11/8/18 - 11/10/18 | Cooperstown, NY | speaker at a seminar in Cooperstown NY | reimbursement for actual out of pocket travel and meals, provided lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise / Columbia Cash Mgt Accounts IDSXX | A | Interest | J | T | | | | | |
| 2. RVS Life Fixed (annuity) | | None | K | T | | | | | |
| 3. Goldman VIT MidCap Va (annuity) | | None | J | T | Sold (part) | 02/07/18 | J | A | see Part VIII; |
| 4. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 5. Fid VIP Midcap Cl2 (annuity) | | None | K | T | Sold (part) | 02/07/18 | J | A | see Part VIII; |
| 6. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 7. FT VIP Small Cap Valu (annuity) | | None | J | T | Sold (part) | 02/07/18 | J | A | see Part VIII |
| 8. | | | | | Buy (add'l) | 03/05/18 | J | | See Part VIII |
| 9. THDNDL /COL VP Emerg Mkts (annuity) | | None | J | T | Sold (part) | 02/07/18 | J | | see Part VIII |
| 10. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 11. Oppenheimer Strat Bond (Strar Inc.) (annuity) | | None | J | T | Buy (add'l) | 03/05/18 | J | | see Part VIII |
| 12. Alliance Bernstein Disc Valaue (A IRA) | B | Int./Div. | K | T | | | | | |
| 13. Mass Mutual Annuity -- MML Equity | | None | J | T | | | | | see Part VIII |
| 14. MML Opp Global Strategic Income | | None | J | T | | | | | see Part VIII |
| 15. Mass Mutual Annuity -- Opp Global fka Global Strategic | | None | J | T | | | | | see Part VIII |
| 16. Mass Mutual Annuity -- Opp Main Street Small Cap | | None | K | T | | | | | see Part VIII |
| 17. Mass Mutual Annuity -- Opp Main Street | | None | K | T | | | | | see Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mass Mutial Oppen Discovery Midcap | | None | J | T | | | | | see Part VIII |
| 19. Oppenheimer Cap App (both) | A | Int./Div. | J | T | Sold (part) | 03/12/18 | J | A | |
| 20. | | | | | Sold (part) | 04/04/18 | J | | LOSS |
| 21. Oppenheimer Global Fund (both) OPPAX | A | Int./Div. | J | T | Buy (add'l) | 08/01/18 | J | | see Part VIII |
| 22. | | | | | Sold (part) | 10/25/18 | J | | see Part VIII |
| 23. | | | | | Sold (part) | 12/04/18 | J | | see Part VIII |
| 24. Oppenheimer Global Opportunities (both) (IRA and non) OPGIX | C | Int./Div. | K | T | Sold (part) | 09/24/18 | J | | see Part VIII |
| 25. | | | | | Sold (part) | 12/04/18 | J | | see Part VIII |
| 26. | | | | | Sold (part) | 01/10/18 | J | | see Part VIII |
| 27. | | | | | Sold (part) | 01/31/18 | J | | see Part VIII |
| 28. | | | | | Sold (part) | 02/02/18 | J | | see Part VIII |
| 29. | | | | | Sold (part) | 03/08/18 | J | | see Part VIII |
| 30. Oppenheimer Global Value (L ret and non) | | | | | | | | | not owned as of 1/1/18 |
| 31. Oppenheimer Main Street Fund (both) MSIGX | D | Int./Div. | K | T | Sold (part) | 01/10/18 | J | | see Part VIII |
| 32. | | | | | Sold (part) | 09/04/18 | J | | see Part VIII |
| 33. | | | | | Sold (part) | 10/18/18 | J | | see Part VIII |
| 34. NEW Opp Int'l Eq (L) | A | Int./Div. | | | Buy | 2/27/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/04/18 | J | | LOSS |
| 36. Opp Int'l Growth & Income (A) | A | Int./Div. | | | Sold | 09/24/18 | J | | inadvertently off 2017 |
| 37. Oppenheimer Main Street MidCap fka Small Mid Cap Select (A) OPMSX | B | Int./Div. | K | T | | | | | |
| 38. Oppenheimer Global Strategic Income (L) (fka Champion Income) | A | Int./Div. | | | Sold | 02/15/18 | J | | see Part VIII |
| 39. Oppenheimer Global Allocation (Quest) (L) | A | Int./Div. | J | T | | | | | |
| 40. Oppenheimer Int'l Small Mid (both) ( ret and non) | B | Int./Div. | K | T | Sold (part) | 04/11/18 | J | B | |
| 41. | | | | | Sold (part) | 10/25/18 | J | | see Part VII |
| 42. Belt West Funding Corp raw land in Dallas County | | None | J | U | | | | | |
| 43. Royal McAbee universal life insurance | | None | J | T | | | | | |
| 44. State of Israel savings bond | A | Int./Div. | K | T | Buy (add'l) | 01/11/18 | J | | |
| 45. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 46. | | | | | Buy (add'l) | 03/01/18 | J | | |
| 47. | | | | | Buy (add'l) | 04/01/18 | J | | |
| 48. | | | | | Buy (add'l) | 06/01/18 | J | | |
| 49. | | | | | Buy (add'l) | 10/01/18 | J | | |
| 50. | | | | | Buy (add'l) | 12/01/18 | J | | |
| 51. Energy East | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merrill Lynch / AIG fka US Life stock / cash IRA | A | Int./Div. | J | T | | | | | |
| 53. Amprise TWEAX Amer Century Eq Income (both) | A | Int./Div. | K | T | Buy (add'l) | 09/11/18 | J | | |
| 54. Amprise ODMAX Oppenheimer Developing Mkts (A IRA) | A | Int./Div. | | | Sold | 09/11/18 | K | | LOSS |
| 55. Oppenheimer Discovery | C | Int./Div. | L | T | | | | | |
| 56. Ameriprise MALOX Blackrock Golbal Allocation (A SPS IRA) (annuity) | A | Int./Div. | | | Sold | 09/11/18 | K | | |
| 57. Am Century / VP Value (w/in annuity) | | None | K | T | Sold (part) | 02/07/18 | J | A | see Part VIII |
| 58. CNL Lifestyles CNLIDI nka EPR Prop (w/in L IRA) | | | | | | | | | not owned at 1.1.18 |
| 59. Corp Prop Assoc CPA17 now WP Carey (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 60. Am Insured Money Mkt (w/in L IRA) | A | Int./Div. | J | T | | | | | |
| 61. MITIX (w/in L IRA) Mass MFS Investors | A | Int./Div. | K | T | Sold (part) | 09/11/18 | J | | |
| 62. ATHAX (w/in L IRA) Amer Century Heritage | | | | | | | | | not owned at 1.1.18 |
| 63. MIAGX (w/in L IRA) MFS Int'l Value | A | Int./Div. | J | T | | | | | |
| 64. Justice Federal accounts | A | Int./Div. | K | T | | | | | |
| 65. Invesco Int'l Gr. Sr. (annuity) | | None | K | T | Sold (part) | 02/07/18 | J | A | |
| 66. MDLOX (w/in L IRA) Blackrock Global Alloc. | A | Int./Div. | | | Sold | 09/11/18 | K | | |
| 67. Oppenheimer Equity Income IRA (both) | B | Int./Div. | K | T | Sold (part) | 12/04/18 | J | | |
| 68. Oppenheimer Main St Small Cap | B | Int./Div. | K | T | Sold (part) | 01/10/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 03/08/18 | J | | see Part VIII |
| 70. Scholars Edge Age Based Portfolio 10 (18+) | | None | | | Sold (part) | 01/08/18 | J | A | |
| 71. | | | | | Sold (part) | 03/06/18 | J | A | |
| 72. | | | | | Sold (part) | 06/06/18 | J | A | |
| 73. | | | | | Sold | 07/19/18 | J | A | |
| 74. Scholars Edge Large Cap nka Dreyfus R Growth | | None | | | Sold | 02/23/18 | J | | see Part VIII |
| 75. Scolars Edge Sm & Mid Cap nka MidCap Portfolio | | None | J | T | | | | | |
| 76. NEW Scholars Edge T Rowe Price | | None | J | T | Buy | 02/23/18 | J | | |
| 77. Scholars Edge Int'l Growth | | None | J | T | Sold (part) | 07/19/18 | J | A | |
| 78. Scholars Edge Large Cap Value nka Value | | None | J | T | | | | | |
| 79. Scholars Edge Portfolio 100 fka Aggresive | | None | K | T | Sold (part) | 07/19/18 | J | A | |
| 80. Scholars Edge Portfolio 80 fka Moderately Aggressive | | None | K | T | Sold (part) | 07/19/18 | J | A | |
| 81. Scholars Edge Portfolio 60 fka Moderate | | None | K | T | Sold (part) | 07/19/18 | J | A | |
| 82. Pimco VIT All Asset (annuity) | | | | | | | | | not owned at 1.1.18 |
| 83. Oppenheimer Deveoping Mkts Fund (A) | A | Int./Div. | | | Sold | 10/25/18 | J | | see Part VIII |
| 84. | | | | | Sold | 12/10/18 | J | | see Part VIII |
| 85. Opp Global Focus | A | Int./Div. | K | T | Buy (add'l) | 09/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 87. Oppenheimer Money Mkt (treat as bank acct) | A | Int./Div. | J | T | | | | | |
| 88. US treasuries | A | Interest | K | T | | | | | |
| 89. AmerGen (L IRA) | A | Int./Div. | J | T | | | | | |
| 90. Oppenheimer Small & Mid Cap Value now MidCap Value | A | Int./Div. | J | T | | | | | |
| 91. Oppenheimer Discovery Mid Cap Growth | C | Int./Div. | L | T | Sold (part) | 10/25/18 | J | | see Part VIII |
| 92. | | | | | Sold (part) | 2/8/18 | J | | see Part VIII |
| 93. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 94. | | | | | Sold (part) | 06/06/18 | J | A | see Part VIII |
| 95. | | | | | Sold (part) | 10/18/18 | J | A | see Part VIII |
| 96. Oppenheimer Int'l Growth (L) | A | Int./Div. | K | T | Buy (add'l) | 03/08/18 | J | | |
| 97. Blackrock Global Dividend BOBDX (AmPrise) (A IRA) | A | Int./Div. | K | T | | | | | |
| 98. Corporate Capital (AmPrise) (A / L IRA) | A | Int./Div. | | | Sold | 09/14/18 | J | | see Part VIII |
| 99. Fidelity Advisor Growth FACGX Opp (A IRA AmPrise) | C | Int./Div. | K | T | Sold (part) | 09/11/18 | J | A | see Part VIII |
| 100. Fidelity Advisos Cons. Disc. (AmPrise A IRA) | | | | | | | J | | not owned at 1.1.18 |
| 101. MFS Int'l Value (AmPrise) MINIX (A SPS IRA) | B | Int./Div. | L | T | | | | | |
| 102. Steelpath Opp MLP Inc (AmPrise) | B | Int./Div. | | | Sold | 09/11/18 | K | | see Part VIII loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Blackrock Multi Asset BIICX (L IRA) | A | Int./Div. | J | T | | | | | |
| 104. Deutsche Gloab Infrastructure TOLSX (L IRA) | A | Int./Div. | J | T | | | | | |
| 105. Oppen Steel Path Select 40 MLPFX | B | Int./Div. | J | T | Sold (part) | 03/08/18 | J | | see Part VIII |
| 106. | | | | | Sold (part) | 08/01/18 | J | | loss see Part VIII |
| 107. Oppen Portfolio Series Eq Inv. | A | Int./Div. | J | T | | | | | |
| 108. COL VP Bal Fund AmPrise (annuity) | A | Int./Div. | K | T | Sold (part) | 02/07/18 | J | A | |
| 109. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 110. COL VP Growth AmPrise (annuity) | A | Int./Div. | K | T | Sold (part) | 02/07/18 | J | A | |
| 111. Lord Abbott Sec Growth Leaders AmPrise | | | | | | | | | not owned at 1.1.18 |
| 112. Oppenheimer Rising Dividend OARDX (both) | B | Int./Div. | J | T | | | | | |
| 113. AmPrise ALNAX AC Alt Inc. (A IRA) | | | | | | | | | not owned at 1.1.18 |
| 114. PPIAX Deutsche Short Duration (A SPS IRA) | A | Int./Div. | | | Sold | 03/09/18 | J | A | |
| 115. GSGIX Goldman Sachs Global Inc. (A SPS IRA) | A | Int./Div. | J | T | | | | | |
| 116. MFBFX MFS Corp Bond (A SPS IRA) | | | | | | | | | not owned 1.1.18 |
| 117. HFXAX Catlyst Hedged Futures | | | | | | | | | not owned at 1.1.18 |
| 118. WFGBX Wells Growth Balanced (A SPS IRA) | A | Int./Div. | J | T | | | | | |
| 119. SSTHX Wells Short Term High Yield (A SPS IRA) | A | Int./Div. | J | T | Sold (part) | 06/06/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Aprise IShares IYF (A IRA) | B | Int./Div. | K | T | | | | | |
| 121. BHYAX Blackrock High Yield Bond | A | Int./Div. | J | T | | | | | |
| 122. JP Morgan Growth Adv (L IRA) | A | Int./Div. | J | T | | | | | |
| 123. Hartford Mid Cap (APrise. (A)) | C | Int./Div. | K | T | | | | | |
| 124. ACITX AM CENT INFL ADJ (AIRA SPS) | A | Int./Div. | J | T | Buy | 09/11/18 | J | | |
| 125. NEW Amprise GCITX Goldman Intl (L) | A | Int./Div. | J | T | Buy | 09/11/18 | J | | |
| 126. NEW HFMIX Amprise Hartford Midcap (L) | A | Int./Div. | J | T | Buy | 12/19/18 | J | | |
| 127. NEW AMprise TFXIX Trans AMer BOnd (L) | A | Int./Div. | J | T | Buy | 09/11/18 | J | | |
| 128. NEW ACITX Amprise Am Cent Inf Bond (A) | A | Int./Div. | K | T | Buy | 09/11/18 | K | | |
| 129. NEW MAHQX AMprise Blackrock Total Ret | A | Int./Div. | K | T | Buy | 03/09/18 | K | | |
| 130. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 131. GBIRX Amprise (A) Goldman Global | A | Int./Div. | J | T | | | | | |
| 132. NEW HFMIX (A) Amprise Hartford Mid Cap | A | Int./Div. | J | T | Buy | 09/12/18 | J | | |
| 133. NEW ODNYX (A) Amprise | A | Int./Div. | J | T | Buy | 02/13/18 | J | | |
| 134. | | | | | Sold (part) | 03/09/18 | J | | see Part VIII |
| 135. Opp Macqurie Gloab Infr (both) | A | Int./Div. | | | Sold (part) | 10/25/18 | J | | see Part VIII |
| 136. | | | | | Sold (part) | 10/31/18 | J | | see Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 12/04/18 | J | | see Part VIII |
| 138. | | | | | Sold | 12/10/18 | J | | see Part VIII |
| 139. Opp Int'l Growth(A) | A | Int./Div. | | | Buy (add'l) | 08/01/18 | J | | |
| 140. | | | | | Sold | 12/04/18 | J | | see Part VIII |
| 141. ML OPGIX Opp Global (A from Opp) | B | Int./Div. | K | T | Sold (part) | 01/24/18 | J | | see VIII |
| 142. | | | | | Sold (part) | 02/06/18 | J | | see part VIII |
| 143. | | | | | Sold (part) | 03/14/18 | J | | see Part VIII |
| 144. ML MSIGX Main St (A from Opp) | D | Int./Div. | K | T | Sold (part) | 01/31/18 | J | | see Part VIII |
| 145. ML OPMSX Main Street MidCap (A from Opp) | B | Int./Div. | J | T | | | | | |
| 146. NEW ML IShares S&P Mid Cap 400 IJJ | A | Int./Div. | J | T | Buy (add'l) | 12/18/18 | J | | |
| 147. | | | | | Buy (add'l) | 09/06/18 | J | | |
| 148. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 149. | | | | | Buy | 01/31/18 | J | | |
| 150. ML IJR IShares S&P SMall Cap | A | Int./Div. | K | T | Buy (add'l) | 10/03/18 | J | | |
| 151. ML Artisan Glbl ARTRX | A | Int./Div. | J | T | | | | | |
| 152. ML Carillon Scou Small UMBHX | A | Int./Div. | J | T | | | | | |
| 153. ML Commerce MidCap CFAGX | A | Int./Div. | J | T | Buy (add'l) | 12/12/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ML Janus Henderson JACTX | A | Int./Div. | J | T | | | | | |
| 155. ML Nicholas Fund II NNTWX | A | Int./Div. | J | T | | | | | |
| 156. ML T Rowe Global PRGSX | A | Int./Div. | J | T | Buy | 03/27/18 | J | | |
| 157. ML TWMIX | A | Int./Div. | J | T | Buy | 09/12/18 | J | | |
| 158. NEW ML TWEIX AM CENT EQ INC | A | Int./Div. | J | T | Buy | 09/05/18 | J | | |
| 159. NEW ML QQQ | A | Int./Div. | J | T | Buy | 10/23/18 | J | | |
| 160. NEW ML Invesco Dynamic SOftware | A | Int./Div. | J | T | Buy | 03/22/18 | J | | |
| 161. NEW PARWX Endeavor | A | Int./Div. | J | T | Buy | 08/27/18 | J | | |
| 162. NEW VGSTX Vanguard Star | A | Int./Div. | J | T | Buy | 02/05/18 | J | | |
| 163. NEW XTRACKERS DBEU Hedged Equity | A | Int./Div. | J | T | Buy | 12/24/18 | J | | |
| 164. NEW ACACIA | | None | J | T | Buy | 02/02/18 | J | | |
| 165. | | | | | Sold (part) | 05/16/18 | J | A | |
| 166. | | | | | | | | | |
| 167. AMD | | None | J | T | Buy (add'l) | 04/03/18 | J | | |
| 168. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 169. | | | | | Sold (part) | 8/27/18 | J | A | |
| 170. | | | | | Sold (part) | 07/30/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 6/15/18 | J | A | |
| 172. | | | | | Sold (part) | 06/06/18 | J | A | |
| 173. | | | | | Sold (part) | 05/22/18 | J | A | |
| 174. NEW AMZN | | None | J | T | Buy | 09/04/18 | J | | |
| 175. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 176. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 177. | | | | | Buy (add'l) | 10/31/18 | J | | |
| 178. | | | | | Sold (part) | 11/5/18 | J | A | |
| 179. | | | | | | | | | |
| 180. NEW APPL | A | Int./Div. | J | T | Buy | 02/02/18 | J | | |
| 181. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 182. NEW BABA | | None | J | T | Buy | 02/08/18 | J | | |
| 183. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 184. | | | | | Buy (add'l) | 03/06/18 | J | | |
| 185. | | | | | Sold (part) | 9/10/18 | J | | |
| 186. NEW BOEING | A | Int./Div. | | | Buy | 02/07/18 | J | | |
| 187. | | | | | Sold | 10/04/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. BMRN | | None | J | T | | | | | |
| 189. NEW CAT | A | Int./Div. | | | Buy | 02/06/18 | J | | |
| 190. | | | | | Sold | 9/17/18 | J | | |
| 191. | | | | | | | | | |
| 192. NEW CUMMINS | A | Int./Div. | J | T | Buy | 02/6/18 | J | | |
| 193. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 194. | | | | | Buy (add'l) | 03/06/18 | J | | |
| 195. | | | | | Sold (part) | 9/12/18 | J | | |
| 196. | | | | | Sold (part) | 12/6/18 | J | | |
| 197. CVS | A | Int./Div. | J | T | Buy (add'l) | 03/01/18 | J | | |
| 198. | | | | | Buy (add'l) | 02/07/18 | J | | |
| 199. | | | | | Sold (part) | 08/21/18 | J | A | |
| 200. | | | | | Sold (part) | 10/03/18 | J | A | |
| 201. CY | A | Int./Div. | J | T | | | | | |
| 202. DTEGY | A | Int./Div. | J | T | | | | | |
| 203. DIS | A | Int./Div. | J | T | | | | | |
| 204. EXEL | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. NEW FB | | None | J | T | Buy | 02/02/18 | J | | |
| 206. | | | | | Buy (add'l) | 03/22/18 | J | | |
| 207. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 208. | | | | | Sold (part) | 12/26/18 | J | A | |
| 209. GE | A | Int./Div. | | | Sold (part) | 03/23/18 | J | | LOSS |
| 210. | | | | | Sold (part) | 04/12/18 | J | | LOSS |
| 211. | | | | | Sold | 08/23/18 | J | | LOSS |
| 212. GIS | A | Int./Div. | J | T | | | | | |
| 213. NEW GOOGL | | None | J | T | Buy | 12/20/18 | J | | |
| 214. NEW HILTON | A | Int./Div. | J | T | Buy | 10/03/18 | J | | |
| 215. HD | A | Int./Div. | J | T | Buy (add'l) | 10/03/18 | J | | |
| 216. | | | | | Sold (part) | 09/12/18 | J | A | |
| 217. NEW JABIL | | None | | | Buy | 02/06/18 | J | | |
| 218. | | | | | Sold | 10/17/18 | J | | LOSS |
| 219. JNPR | A | Int./Div. | J | T | | | | | |
| 220. MDLZ | A | Int./Div. | J | T | | | | | |
| 221. NTGR | | None | J | T | Sold (part) | 07/13/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. NEW NYT | A | Int./Div. | J | T | Buy | 01/29/18 | J | | |
| 223. NEW NEKTAR | | None | J | T | Buy | 06/26/18 | J | | |
| 224. NEW NETFLIX | | None | J | T | Buy | 09/17/18 | J | | |
| 225. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 226. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 227. ORCL | A | Int./Div. | J | T | Buy (add'l) | 02/05/18 | J | | |
| 228. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 229. NEW PEPSICO | A | Int./Div. | | | Buy | 05/10/18 | J | | |
| 230. | | | | | Sold | 11/23/18 | J | A | |
| 231. | | | | | | | | | |
| 232. RIO | A | Int./Div. | J | T | | | | | |
| 233. NEW SIEGY | A | Int./Div. | J | T | Buy | 02/05/18 | J | | |
| 234. | | | | | Buy (add'l) | 09/05/18 | J | | |
| 235. TI | A | Int./Div. | J | T | | | | | |
| 236. NEW QUALCOMM | A | Int./Div. | J | T | Buy | 03/27/18 | J | | |
| 237. | | | | | | | | | |
| 238. L ML ISAHRES IJH | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Wells Fargo checking acct | A | Interest | J | T | | | | | |
| 240. NY 529 L/G Growth Port. | | None | J | T | | | | | |
| 241. NY 529 L/G Small Cap Port. | | None | J | T | | | | | |
| 242. NY 529 L/G Aggressive Growth Port. | | None | J | T | | | | | |
| 243. NY 529 L/G Mid Cap Port. | | None | J | T | | | | | |
| 244. NY 529 L/G Bond Mkt Index Port. | | None | J | T | | | | | |
| 245. NEW Cons Growth 529 NY | | None | J | T | Buy | 12/04/18 | J | | |
| 246. NEW Growth Stock NY 529 | | None | J | T | Buy | 12/04/18 | J | | |
| 247. Vanguard (L) Fin ETF | A | Int./Div. | J | T | | | | | |
| 248. Vanguard (l) Mid Cap ETF | A | Int./Div. | J | T | | | | | |
| 249. Vanugard (L) Extended Mut ETF | A | Int./Div. | J | T | | | | | |
| 250. Vanguard (L) cash mgt | A | Int./Div. | J | T | | | | | |
| 251. Vanguard (L) S&P 500 Index | A | Int./Div. | J | T | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |
| 255. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trust, Alan S. | 09/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

as of 9.9.19

Lines 2-11, 13-18, 57, 70-81 and 240-246 -- based on information provided by the fund manager(s), no income or reinvested dividends, taxable or otherwise, was paid or attributed to any of these investments during the reporting period.

Losses were suffered for sales in lines 20, 35, 54, 102, 209-211 amd 218 -- therefore no Gain code in D(4).

Sales in lines 21-29, 31-33, 38, 41, 68-69, 74, 83-84, 91-92, 94-95, 98-99, 105-106, 134, 135-138, 140, and 141-144 were exchanges within an IRA or annuity for which no gain or loss was reported and I was unable to ascertain a gain or loss with certainty.

The assets in lines 22, 23, 25 and 41 were trnsferred to a non rpeortable government retirement plan.

Line 36 was inadvertently left off the 2017 report.

The assets on lines 30, 58, 62, 82, 100, 111, 113, 116, 117 and 118 were misreported on the 2017 report and were not owned as of 1.1.18 or anytime during 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Alan S. Trust**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544